IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YOTONDA MILTON, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) Case No. 1:16-cv-10523 |
| v. | )<br>) |
| | ) **Judge Sharon Johnson Coleman** |
| CONFIE INSURANCE SERVICES, INC., a/k/a/CIGH SERVICES, INC.; and INSUREONE INDEPENDENT INSURANCE AGENCY, LLC; | )<br>) Magistrate Judge Kim<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER APPROVING SETTLEMENT

Upon the parties' Joint Motion for Approval of Settlement, the Court, having reviewed the materials submitted by the parties and finding the settlement of this matter to be fair and reasonable compromise of claims under the Fair Labor Standards Act and the Illinois Minimum Wage Law, hereby approves this settlement and dismisses this matter and related claims of the Plaintiff with prejudice, all parties to bear their own costs and fees except as may be otherwise provided in the parties' settlement agreement.

ENTERED:

DATE: May 15, 2017

_____
Judge Sharon Coleman